UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MARCO ANTONIO MERREN FUNES
a/k/a "Don Marcos,"

Defendant.

**ORDER**

S4 14 Cr. 664 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The following document will be unsealed and is to be referenced in docket entries: Defendant's Waiver of Indictment.

        For reasons explained at the December 17, 2020 sentencing, all other documents pertaining to this case, save those noted in this Court's December 30, 2020 unsealing order, (Dkt. No. 21) are to remain under seal.

Dated:  New York, New York
         January 22, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge